IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

**GERALD W. EVANS**                                                                    **PLAINTIFF**

**v.**                                                **No. 1:20CV20-RP**

**FIELD OFFICER MELISSA MCNEESE**
**JAIL ADMINISTRATOR VICKI RUSSELL**                          **DEFENDANTS**

### ORDER OF DISMISSAL

The court takes up, *sua sponte*, the dismissal of this cause. On June 24, 2021, the court entered an order requiring the plaintiff to "keep the court informed of his current address [and] to comply with the requirements of [the scheduling] order." Doc. 16 at 3. The court cautioned the plaintiff that failure to comply with the order would result in the dismissal of this case without prejudice. Despite this warning, the plaintiff has failed to comply with the court's order, as he has not submitted witness and exhibit lists, and the court has received mail returned from his last address. Indeed, the plaintiff has not filed any document in this case since February 1, 2021. This case is therefore **DISMISSED** without prejudice for failure to prosecute and for failure to comply with an order of the court under FED. R. CIV. P. 41(b).

**SO ORDERED**, this, the 14th day of April, 2022.

                                                                     /s/ Roy Percy
                                                                     UNITED STATES MAGISTRATE JUDGE